```
LAWRENCE G. BROWN
United States Attorney
RUSSELL L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAG. NO. 2:09-MJ-0275 GGH |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | PRELIMINARY HEARING AND |
| ) | WAIVING TIME |
| IRENE SOTIRIADIS and ) | |
| HELEN SOTIRIADIS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for October 9, 2009, may be continued to November 6, 2009, at 2:00 p.m.

IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of Criminal Procedure is waived.

DATED: October 5, 2009

```
                              LAWRENCE G. BROWN
                              United States Attorney

                          By: /s/ Russell L. Carlberg
                              RUSSELL L. CARLBERG
                              Assistant U.S. Attorney
```

DATED: October 5, 2009

    /s/ Christopher Wing  
CHRISTOPHER H. WING  
Counsel for Defendant  
  Irene Sotiriadis

DATED: October 5, 2009

    /s/ Matthew Jacobs  
MATTHEW JACOBS  
Counsel for Defendant  
  Helen Sotiriadis

ORDER

IT IS SO ORDERED.

DATED: October 6, 2009.

_____  
U.S. MAGISTRATE JUDGE

2