UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 22, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:09-MJ-00275 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| IRENE SOTIRIADIS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  IRENE SOTIRIADIS , Case No.  2:09-MJ-

00275  , Charge  18 USC 1343  , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

     ⎯     Release on Personal Recognizance

     ⎯     Bail Posted in the Sum of $⎯⎯⎯⎯

          ⎯     Unsecured Appearance Bond

          ⎯     Appearance Bond with 10% Deposit

          ⎯     Appearance Bond with Surety

          ⎯     Corporate Surety Bail Bond

     ✔     (Other) Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 22, 2009  at 9:00a.m.  .


By   /s/ Gregory G. Hollows
          Gregory G. Hollows
          United States Magistrate Judge