LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214
ATTORNEYS FOR:   Defendant IRENE SOTIRIADIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>IRENE AND HELEN SOTIRIADIS<br>Defendant | No.   2:09-MJ-0275 KJM<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE<br><br>OCTOBER 28, 2009 |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The condition of pre-trial release of both defendants, IRENE AND HELEN SOTIRIADIS is modified to allow each of them to travel to work and remain at work between the hours of 9:00 am and 7:00 pm, Monday through Saturday, and that they will still be required to remain at their residence at all other times absent either the approval of their respective Pre Trial Service officers or a medical emergency.

In all other respects, their conditions remain in full force and effect.

Dated:  October 30, 2009.

_____
U.S. MAGISTRATE JUDGE

/ / /

1