```
LAWRENCE G. BROWN
United States Attorney
RUSSELL L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 2:09-MJ-0275 GGH |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | PRELIMINARY HEARING AND |
| v. ) | WAIVING TIME AND ORDER |
| ) | |
| IRENE SOTIRIADIS and ) | |
| HELEN SOTIRIADIS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for November 6, 2009, may be continued to December 18, 2009, at 2:00 p.m.

///

///

///

///

///

///

IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of criminal Procedure is further waived.

DATED: November 4, 2009

          LAWRENCE G. BROWN
          United States Attorney

By: /s/ Russell L. Carlberg
    RUSSELL L. CARLBERG
    Assistant U.S. Attorney

DATED: November 4, 2009

/s/ Christopher Wing
CHRISTOPHER H. WING
Counsel for Defendant
Irene Sotiriadis

DATED: November 4, 2009

/s/ Matthew Jacobs
MATTHEW JACOBS
Counsel for Defendant
Helen Sotiriadis

ORDER

IT IS SO ORDERED.

DATED: November 4, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sotiriadis0275.ord