STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS     (SBN 122066)
JAMES P. ARGUELLES    (SBN 185828)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant
HELEN SOTIRIADIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     v.<br><br>IRENE SOTIRIADIS and HELEN SOTIRIADIS,<br><br>             Defendants. | NO. 2:09-MJ-0275 GGH<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the conditions of each defendant's pre-trial release should be amended to delete the condition restricting the defendants to their residences and/or offices; to add a condition that their travel is restricted to the Eastern and Northern Districts of California; and to add a condition that any overnight travel be approved by the assigned pretrial services officer.

Dated: December 16, 2009                 STEVENS, O'CONNELL & JACOBS LLP


                                         By     /s/ Matthew G. Jacobs
                                             MATTHEW G. JACOBS
                                             Attorneys for Defendant
                                             HELEN SOTIRIADIS

| | |
|---|---|
| Dated: December 16, 2009 | |
| | By   /s/ Christopher H. Wing |
| | CHRISTOPHER H. WING |
| | Attorney for Defendant |
| | IRENE SOTIRIADIS |
| | |
| Dated: December 16, 2009 | BENJAMIN B. WAGNER |
| | United States Attorney |
| | |
| | By   /s/ Russell L. Carlberg |
| | RUSSELL L. CARLBERG |
| | LAUREL LOOMIS RIMON |
| | Assistant U.S. Attorneys |

ORDER

IT IS SO ORDERED.

DATED: December 16, 2009.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge