BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 2:09-MJ-0275 GGH |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND WAIVING TIME |
| v. | |
| IRENE SOTIRIADIS, and HELEN SOTIRIADIS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for December 18, 2009, may be continued to February 12, 2010, at 2:00 p.m.

IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of

///
///
///
///
///

1

1  criminal Procedure is further waived.

2  DATED: December 16, 2009

3                                      BENJAMIN B. WAGNER
                                       United States Attorney
4

5                                 By: /s/ Laurel Loomis Rimon
                                       LAUREL LOOMIS RIMON
6                                      Assistant U.S. Attorney

7  DATED: December 16, 2009
8

9                                       /s/ Christopher Wing
                                       CHRISTOPHER H. WING
10                                     Counsel for Defendant
                                         Irene Sotiriadis
11

12 DATED: December 16, 2009

13
                                        /s/ Matthew Jacobs
14                                     MATTHEW JACOBS
                                       Counsel for Defendant
15                                       Helen Sotiriadis

16

17                            ORDER

18        IT IS SO ORDERED.

19 Dated:  December 16, 2009.

20
                                   _____
21                                 HON. EDMUND F. BRENNAN
22                                 United States Magistrate Judge

2