LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   2:09-MJ-0275 GGH |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| IRENE SOTIRIADIS AND HELEN SOTIRIADIS | |
| Defendant, | |

IT IS HEREBY STITUPLATED by the parties, through their respective Counsel, that the conditions of each defendant's Pre-Trial release should be further amended to delete the condition of electronic monitoring. Pretrial Services has no objections to the removal of the electronic monitoring condition as both defendants have been in compliance with conditions.

Dated: December 23, 2009

                                        WING & PARISI APC

                                        By/S/ CHRISTOPHER H. WING
                                        CHRISTOPHER H. WING
                                        Attorney for Defendant
                                        IRENE SOTIRIADIS

/ / /

1

Dated: December 23, 2009

By /S/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Defendant
HELEN SOTIRIADIS

Dated: December 23, 2009

BENJAMIN B. WAGNER
United States Attorney

By /S/ LAUREL LOOMIS RIMON
RUSSELL. L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys

ORDER

So Ordered.

Dated:  December 24, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/ / /