```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRENE SOTIRIADIS and<br>HELEN SOTIRIADIS,<br><br>　　　　Defendants.<br>_____ | MAG. NO. 2:09-MJ-0275 GGH<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING AND<br>WAIVING TIME |

　　　　IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the preliminary hearing in this matter previously scheduled for February 12, 2010, may be continued to March 12, 2010, at 2:00 p.m.

　　　　IT IS FURTHER STIPULATED that the 20 day time period for preliminary hearing set forth in Rule 5(c) of the Federal Rules of criminal Procedure is further waived.

DATED: <u>February 10, 2010</u>

　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By: <u>/s/ Russell L. Carlberg</u>
　　　　　　　　　　　　　　　　　　RUSSELL L. CARLBERG
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

```
1  DATED: February 10, 2010           /s/ Christopher Wing
                                      CHRISTOPHER H. WING
2                                     Counsel for Defendant
                                        Irene Sotiriadis
3

4

5  DATED: February 10, 2010           /s/ Matthew Jacobs
                                      MATTHEW JACOBS
6                                     Counsel for Defendant
                                        Helen Sotiriadis
```

## ORDER

IT IS SO ORDERED.

Dated: February 12, 2010

                                               /s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

sotiriadis.ord