BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
RUSSELL L. CARLBERG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>IRENE SOTIRIADIS and         )<br>HELEN SOTIRIADIS,            )<br>                             )<br>          Defendants.        )<br>_____) | MAG. NO. 2:09-MJ-0275 GGH<br><br>MOTION TO DISMISS<br>COMPLAINT |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing without prejudice the above-captioned complaint filed on September 21, 2009, as to both defendants.

DATED: March 8, 2010

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By: /s/ Russell L. Carlberg
                                   RUSSELL L. CARLBERG
                                   Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
RUSSELL L. CARLBERG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IRENE SOTIRIADIS and<br>HELEN SOTIRIADIS,<br><br>    Defendants. | MAG. NO. 2:09-MJ-0275 GGH<br><br>ORDER DISMISSING<br>COMPLAINT |

Based on the government's motion to dismiss the complaint against both defendants,

IT IS HEREBY ORDERED that the above-captioned complaint be and hereby is dismissed without prejudice.

DATED:  March 9, 2010.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

2