STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS     (SBN 122066)
JAMES P. ARGUELLES     (SBN 185828)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendant
HELEN SOTIRIADIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IRENE SOTIRIADIS and HELEN SOTIRIADIS,<br><br>            Defendants. | NO.  2:09-MJ-0275 GGH<br><br>STIPULATION AND ORDER |

The parties hereby stipulate that bail should be exonerated; that all property pledged as security for the defendants' future appearances in the case should be reconveyed; and that the defendants' passports should be returned to them.

Dated: March 11, 2010                    STEVENS, O'CONNELL & JACOBS LLP


                                         By    /s/ Matthew G. Jacobs
                                             MATTHEW G. JACOBS
                                             Attorneys for Defendant
                                             HELEN SOTIRIADIS

Dated:  March 11, 2010

By   /s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant
IRENE SOTIRIADIS

Dated:  March 11, 2010

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
LAUREL LOOMIS RIMON
Assistant U.S. Attorneys

## ORDER

It is so ordered.  Bail is hereby exonerated, and the Clerk is directed to reconvey all property pledged as security, and to return the defendants' passports to their respective attorneys of record.

Dated:  March 12, 2010

HON. EDMUND F. BRENNAN
United States Magistrate Judge